**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6770

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAIME SEGUNDO ROSALES,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:21-cr-00310-CCE-3)

Submitted:  June 25, 2026                          Decided:  June 30, 2026

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jaime Segundo Rosales, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jaime Segundo Rosales appeals the district court's order denying Rosales's 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821, Part B to the Sentencing Guidelines. "We review a district court's decision to reduce a sentence under § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Our review of the record reveals no error. The court properly determined that Rosales's sentence may not be reduced pursuant to Amendment 821, Part B because he possessed a firearm in connection with the underlying offense. *See* U.S. Sentencing Guidelines Manual § 4C1.1(a)(7) (2025).

Accordingly, we affirm the district court's order. *United States v. Rosales*, No. 1:21-cr-00310-CCE-3 (M.D.N.C. Aug. 18, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*